IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GLEN DALE SPIVEY,**

    **Plaintiff,**

v.                                        Case No.  **4:20cv95-MW/HTC**

**LEONARD SCHLOFMAN,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation.  ECF No. 14.  Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** under 28 U.S.C. §§ 1915(e)(2) and 1915A."  The Clerk shall also close the file.

**SO ORDERED on July 15, 2020.**

                                                          **s/ MARK E. WALKER**
                                                          **Chief United States District Judge**